IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| CAMERSON McCOLLOUGH | § | |
| v. | § | CIVIL ACTION NO. 6:11CV558 |
| TERRY McHAM | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation (document #7) recommends that the above-styled lawsuit be dismissed without prejudice for failure to prosecute. No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the above-styled lawsuit is **DISMISSED** without prejudice for failure to prosecute pursuant to Fed.R.Civ.P. 41(b). Any motion not previously ruled on is **DENIED**.

**So ORDERED and SIGNED this 2nd day of February, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**